IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 19-cv-00760-PAB-KLM

CRYSTAL DELANEY,

    Plaintiff,

v.

KAPPA HOUSING, INC., a Colorado non-profit corporation, and
THYSSENKRUPP ELEVATOR CORPORATION, a Delaware Corporation,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's Motion to Remand to State Court [Docket No. 20].

Plaintiff filed this lawsuit in the District Court for the City and County of Denver, Colorado on January 22, 2019. Docket No. 3. On March 14, 2019, defendant Thyssenkrupp Elevator Corporation ("TKE") removed the case to this Court on the basis of diversity jurisdiction. Docket No. 1 at 2, ¶ 4. On April 12, 2019, plaintiff moved to remand the case to state court on the ground that removal violated the "forum-defendant rule" because defendant Kappa Housing, Inc. ("Kappa Housing") is a citizen of Colorado. Docket No. 20 at 2.

Under 28 U.S.C. § 1441(b)(2), "[a] civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." There is no dispute that Kappa Housing is a citizen of

Colorado, or that it was properly served and joined as a defendant in this case. *See* Docket No. 1 at 2, ¶ 6; Docket No. 22. In its response to plaintiff's motion for remand, TKE argues only that plaintiff waived any objection to removal based on the forum defendant rule by waiting to file her motion for remand until after the Court had issued and discharged an order to show cause related to subject matter jurisdiction, referred the case to the magistrate judge, and set a scheduling conference in this case. Docket No. 22 at 1. The Court disagrees. As TKE concedes, plaintiff's motion for remand was timely under 28 U.S.C. § 1447(c). *See* Docket No. 22 at 1. The mere fact that plaintiff filed her motion for remand after the Court had performed certain routine, case management tasks does not support a finding that she waived her procedural objections to removal. Accordingly, it is

**ORDERED** that Plaintiff's Motion to Remand to State Court [Docket No. 20] is **GRANTED**. It is further

**ORDERED** that this case is remanded to the District Court for the City and County of Denver, Colorado, where it was filed as Case No. 2019CV30236. It is further

**ORDERED** that this case is closed.

DATED May 8, 2019.

                                                    BY THE COURT:

                                                  s/Philip A. Brimmer
                                                  PHILIP A. BRIMMER
                                                  Chief United States District Judge